UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAFE HARBOR POLLUTION INSURANCE, STATE NATIONAL INSURANCE COMPANY, STARR INDEMNITY & LIABILITY COMPANY, AND BERKSHIRE HATHAWAY SPECIAL INSURANCE COMPANY,

    Plaintiffs,

-against-

ORION MARINE CONSTRUCTION, INC.

    Defendant/Counter-Claimant.

Civil Action No. 25-cv-6619

### ~~[PROPOSED]~~ ORDER TO EXTEND

On October 21, 2025, Defendant Orion Marine Construction, Inc. ("Defendant") filed an Unopposed Request for Extension of Time to Respond to the Complaint (the "Request"), wherein Defendant requested, with Plaintiffs' agreement, an additional thirty days to respond to the Complaint in the above-captioned matter. The Court, having reviewed the Request and finding good cause therefore, hereby GRANTS the request to extend Defendant's time to respond to the Complaint and hereby ORDERS that Defendant's answer or other response to the Complaint is due on or before November 24, 2025.

IT IS SO ORDERED.

Dated: New York, New York
      October 22, 2025

*The Clerk of the Court shall close docket number 11.*

*/s/ Loretta A. Preska*
Hon. Loretta A. Preska
United States District Judge

ME1\58569918.v1