UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
SAFE HARBOR POLLUTION
INSURANCE, et al.,

                    Plaintiffs,            25-CV-6619(LAP)

-against-
                                           ORDER

ORION MARINE CONSTRUCTION,
INC.,

                    Defendant.
```

LORETTA A. PRESKA, Senior United States District Judge:

Defendant moves to file a Rule 12(c) motion for partial judgment on the pleadings before the pleadings are closed. The motion is DENIED. This case will proceed in the ordinary course.

**SO ORDERED.**

_____
LORETTA A. PRESKA
Senior United States District Judge

Dated:   New York, New York
         January 12, 2026