**Emily C. Stanfield**
Associate
estanfield@bradley.com
(601) 592-9950 direct

Bradley

November 23, 2026

**VIA ECF**

Hon. Loretta A. Preska, U.S.D.J.
United States District Court, S.D.N.Y.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: *Safe Harbor Pollution Insurance, et al. v. Orion Marine Construction, Inc.*, No. 1:25-cv-06619-LAP
Joint Letter-Motion Requesting a 60-Day Stay of Proceedings Pending Conditional Settlement

Dear Judge Preska:

Pursuant to Local Civil Rule 7.1(e), Defendant/Counter-Plaintiff Orion Marine Construction, Inc. respectfully submits this letter-motion to request a 60-day stay of all proceedings in this matter, up to and including January 22, 2027, pending a conditional settlement.

Counsel for all parties have conferred, and Guerric Russell consents to this request on behalf of Plaintiffs/Counter-Defendants.

I. Background and Current Deadlines

Pending before the Court is Plaintiffs/Counter-Defendants' Motion to Dismiss Counterclaim; *see* ECF 22, 23, 31, 32. No scheduling order has been entered.

This is the first request for a stay or extension of time in this matter.

II. Good Cause Supporting the Request

Good cause exists for a temporary 60-day stay of this litigation. A confidential resolution of the matter underlying this coverage action has been negotiated and is awaiting final approval by the State of Texas, the plaintiff in the underlying matter. As part of that resolution, the parties in this case have reached a tentative settlement

agreement, conditioned on approval and finalization of the underlying matter settling. A 60-day stay in the instant action will allow the Court and parties to preserve judicial and client resources while the parties to the underlying matter determine whether the settlement terms are acceptable.

## III. Proposed Schedule Following the Stay

The requested stay will not cause undue prejudice to any party as it simply pauses the litigation to allow for the resolution of the underlying matter and, in turn, the settlement of this coverage action. Should the Court grant this joint request, the parties propose that they submit a joint status report on January 7, 2027, to update the Court on the settlement negotiations in the underlying matter.

We thank the Court for its time and consideration of this request.

Sincerely,

Emily C. Stanfield

Emily C. Stanfield
Counsel for Defendant/Counter-Plaintiff

cc: All Counsel of Record (via ECF)

The underlined request to stay proceedings is GRANTED. The parties shall update the Court on the status of the settlement negotiations no later than January 7, 2027.

**SO ORDERED.**

Loretta A. Preska

Loretta A. Preska
Senior United States District Judge

Dated: New York, New York
November 24, 2026